# CRIMINAL COMPLAINT

| United States District Court | RECEIVED | DISTRICT of ARIZONA |
|---|---|---|
| United States of America<br>v.<br><br>**Samuel ROJO-PENA**<br>DOB: 1967<br>United States Citizen | MAR 15 2010<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>10-09148M |

Complaint for violation of Title 18 United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

That on or about March 14, 2010, at the ~~Nogales Border Patrol Station~~ Deconcini (MJD) POE, in the District of Arizona, **SAMUEL ROJO-PENA**, forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with Richard Martinez, a supervisory Customs and Border Protection officer, while SCBP Officer Martinez was engaged in or on account of the performance of official duties, to wit, by kicking Officer Martinez in the leg after Officer Martinez repeatedly requested that **ROJO-PENA** exit the vehicle in which he was a passenger, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 14, 2010, at approximately 10:46 PM, a 2001 Chevrolet S-10 pickup bearing Arizona registration AFW3375 applied for entry into the United States at the DeConcini Port of Entry in Nogales, Arizona. This vehicle was referred to the secondary inspection area for an agricultural inspection after the officer at primary inspection observed a pot containing meat in the bed of the truck. **Samuel David ROJO-PENA** was a passenger in the pickup truck that was being driven by his son. While in the secondary inspection area, **ROJO-PENA** failed to comply with officers' numerous requests for **ROJO-PENA** to exit the vehicle, as well as actively resisted the officers. **ROJO-PENA** resisted officers by kicking an officer in the leg and attempting to punch him. **ROJO-PENA** continued to actively resist and struggle with officers until a taser was deployed. After being tased, **ROJO-PENA** became compliant to the officers instructions. As a result of the altercation with **ROJO-PENA**, an officer injured his leg and right hand.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Recommend Detention<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA Corbin/ajt<br>AUSA Approval: _[signature]_ | SIGNATURE OF COMPLAINANT (official title)<br>_[signature]_<br><br>OFFICIAL TITLE<br>Special Agent, ICE |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>March 15, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54